*Max L. Schallek* for appellant.

*Jacob Zelenko* and *Frederick L. Hackenburg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ. Dissenting: HISCOCK, Ch. J., and CRANE, J.

---

FRANK CONTI, as Administrator of the Estate of ANNA CONTI, Deceased, Appellant, *v.* OPPENHEIMER CASING Co., INC., Respondent, Impleaded with Others.

*Appeal — order reversing judgment and directing dismissal of complaint — motion to dismiss appeal on ground of failure to stipulate for judgment absolute denied.*

Reported below, 202 App. Div. 743.

(Submitted February 26, 1923; decided March 6, 1923.)

MOTION to dismiss an appeal from a judgment, entered June 2, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint.

The motion was made upon the ground that appellant had failed to stipulate for judgment absolute.

*Robert M. McCormick* for motion.

*Carl Ehlermann, Jr.,* opposed.

Motion denied, with ten dollars costs.

---

JOSEPH SCHOR, Appellant, *v.* BELLE MEADE FARM COLONY AND SANATORIUM et al., Respondents.

*Appeal — order reversing order to open default — appeal therefrom without permission dismissed.*

*Schor v. Belle Mead Farm Colony & Sanatorium*, 203 App. Div. 889, appeal dismissed.

(Submitted February 27, 1923; decided March 6, 1923.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 13, 1922, which